IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**RAY SCOTT HEID,** *et al.*,

    **Plaintiffs,**

    v.

**GARY MOHR,** *et al.*,

    **Defendants.**

Civil Action 2:18-cv-00311
Judge Algenon L. Marbley
Chief Magistrate Judge Elizabeth P. Deavers

## ORDER

This matter is before the Court for consideration of Plaintiff Damron's Request for the Court to Order Defendants Return the Legal Property Unjustly Confiscated from Plaintiff Ray Scott Heid. (ECF No. 73.) Rule 11(a) of the Federal Rules of Civil Procedure requires that "[e]very pleading, written motion, and other paper must be signed by at least one attorney of record in the attorney's name—or by a party personally if the party is unrepresented." Fed. R. Civ. P. 11(a). Here, Plaintiff Damron has filed the instant Motion on behalf of Plaintiff Heid, requesting that Plaintiff Heid's property be returned to him and/or that legal counsel be appointed for Plaintiff Heid. (ECF No. 73.) Because Plaintiff Damron is not a class representative or a lawyer, any pleadings, motions, or other papers he signs on behalf of other inmates are not properly before the Court. Accordingly, the Motion is **DENIED**.

    IT IS SO ORDERED.

Date: June 10, 2019                  */s/ Elizabeth A. Preston Deavers*
                                                      **ELIZABETH A. PRESTON DEAVERS**
                                                      **CHIEF UNITED STATES MAGISTRATE JUDGE**